IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,          )<br>                              )<br>       vs.                    )<br>                              )<br> CHAD A. POWERS,              )<br>                              )<br>            Defendant.        ) | 8:09CR361<br><br>MOTION FOR DISMISSAL |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, the Indictment filed herein, as it relates to the Defendant, CHAD A. POWERS.

UNITED STATES OF AMERICA,
Plaintiff

By:   *(signature)*
      DEBORAH R. GILG (#11774)
      United States Attorney
      1620 Dodge Street, Suite 1400
      Omaha, Nebraska 68102-1506
      (402) 661-3700

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: David R. Stickman, Federal Public Defender

_____
FREDERICK D. FRANKLIN (#18313)
ASSISTANT U.S. ATTORNEY