IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR361 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD A. POWERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 42).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment is dismissed without prejudice as to defendant Chad A. Powers.

DATED this 30th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court